UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| BOBBY C. JOHNSON, ) | |
| ) | Case No.: 1:15-CV-00051-SA-DAS |
| Plaintiff, ) | |
| vs. ) | |
| ) | JURY TRIAL |
| DEPUY ORTHOPAEDICS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**AGREED ORDER GRANTING DEFENDANTS'
MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL**

The Court, having considered the Motion to Stay Proceedings Pending Transfer to MDL ("the motion") filed by Defendants DePuy, Inc., DePuy Orthopaedics, Inc. DePuy International, Limited, Johnson & Johnson, Johnson & Johnson Services, Inc., and Johnson & Johnson International, and having been advised that Plaintiff agrees to the relief requested by the motion, hereby finds that the motion should be granted.

IT IS THEREFORE ORDERED that all proceedings in this matter, including, but not limited to, the Defendants' obligation to file an answer are hereby stayed pending transfer of this case by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), to the United States District Court for the Northern District of Texas to become part of MDL No. 2244: *In re DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*.

ORDERED THIS THE 16th DAY OF April, 2015.

                                                            /s/ Sharion Aycock
                                                            U.S. DISTRICT JUDGE

AGREED TO BY:

/s/Joseph A. Murphy
JOSEPH A. MURPHY, MSB#104475
ATTORNEY FOR PLAINTIFF

/s/Richard M. Dye
RICHARD M. DYE, MSB#99147
ATTORNEY FOR DEFENDANTS